IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JEFFREY EDGE,

    Petitioner,

v.                                      No. 16-2168

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER GRANTING PETITIONER'S MOTION FOR ORDER
REQUIRING GOVERNMENT TO RESPOND

---

On March 16, 2016, Petitioner, Jeffrey Edge, an inmate at the United States Penitentiary, Marion in Marion, Illinois, filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "Petition"). (D.E. 1.) Edge, Bureau of Prisons register number 23929-076, is represented by counsel in this matter, and his Petition relies on the Supreme Court's ruling in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as grounds for relief. On October 14, 2016, Petitioner filed a motion requesting an order requiring the government to respond. (D.E. 8.) This motion is GRANTED.

IT IS ORDERED, pursuant to Rule 5(a) of the Rules Governing § 2255 Proceedings for the United States District Courts (the "§ 2255 Rules"), that the United States file a response to the Petition within twenty-one days from the date of entry of this order.

Pursuant to Rule 5(d) of the § 2255 Rules, Petitioner may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service. Petitioner may request an extension of time to reply if his motion is filed on or before the due date of such reply. The

Court will address the merits of the Petition, or of any motion filed by Respondent, after the expiration of Petitioner's time to reply, as extended.

    IT IS SO ORDERED this 18th day of October 2016.

                                            s/ J. DANIEL BREEN
                                            CHIEF UNITED STATES DISTRICT JUDGE